UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE CRUMWELL, on behalf of herself and all other persons similarly situated,

Plaintiff,

v.

THE BRUERY LLC,

Defendant.

26-CV-3814 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 8, 2026, Plaintiff filed the Complaint in the above captioned case. On May 12, 2026, the Court issued an order directing the parties to file a joint letter within 45 days of service of the summons and Complaint. Dkt. No. 6 (May 12, 2026 Order). Plaintiff served Defendant on July 16, 2026. Dkt. No. 7 (Pl.'s Aff. of Service). The parties' joint letter, therefore, was due on August 31, 2026. To date, no letter has been filed.

No later than September 21, 2026, the parties shall file a joint letter updating the Court on the status of this case. If Defendant still has not appeared by that date, Plaintiff shall file a letter proposing next steps.

SO ORDERED.

Dated: September 14, 2026
New York, New York

Ronnie Abrams
United States District Judge